1  KEKER & VAN NEST LLP
   JOHN W. KEKER - # 49092
2  jkeker@kvn.com
   JAN NIELSEN LITTLE - # 100029
3  jlittle@kvn.com
   BROOK DOOLEY - # 230423
4  bdooley@kvn.com
   NICHOLAS D. MARAIS - # 277846
5  nmarais@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant SUSHOVAN HUSSAIN

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA, | Case No. 3:16-cr-00462-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | Judge:    Hon. Charles R. Breyer |
| SUSHOVAN HUSSAIN, | Date Case Filed:    November 10, 2016 |
| Defendant. | Trial Date:  Not yet set |

1   Plaintiff United States of America and Defendant Sushovan Hussain (collectively, the
2   "Parties"), hereby stipulate as follows:
3   WHEREAS, an Indictment charging Mr. Hussain with one count of conspiracy to commit
4   wire fraud in violation of 18 U.S.C. § 1349 and fourteen counts of wire fraud in violation of 18
5   U.S.C. § 1343 was filed on November 10, 2016, *see* Docket Entry No. 1;
6   WHEREAS, on the same date, a no bail warrant for Mr. Hussain's arrest was authorized
7   by United States Magistrate Judge Kim, *see id.*;
8   WHEREAS, Mr. Hussain is a citizen and resident of the United Kingdom;
9   WHEREAS, at a hearing on November 18, 2016, undersigned counsel for Mr. Hussain
10  informed the Court that Mr. Hussain will appear voluntarily in the Northern District of California
11  to contest the allegations in the Indictment;
12  WHEREAS, at the hearing on November 18, 2016, the Court ordered (1) that Mr. Hussain
13  be released on $1,000 bail, (2) that he not be permitted to travel to any country that does not have
14  an extradition treaty with the United States, and (3) that he be permitted to continue to reside in
15  England and travel back and forth between the United States and England as well as any other
16  country that has an extradition treaty with the United States, *see* Docket Entry Nos. 2 & 3;
17  WHEREAS, Mr. Hussain posted $1,000.00 bail to the Clerk of Court on November 18,
18  2016;
19  WHEREAS, the Court set Mr. Hussain's arraignment before United States Magistrate
20  Judge James at 9:30 a.m. on January 12, 2017, and set a status conference before this Court at
21  10:00 a.m. on January 12, 2017, *see id.*;
22  WHEREAS, counsel for Mr. Hussain has informed counsel for the United States that Mr.
23  Hussain will arrive at San Francisco International Airport from London, England on January 9,
24  2017, for the purpose of attending his arraignment and the status conference on January 12, 2017;
25  and
26  WHEREAS, the parties agree that, in light of the above, the arrest warrant may be
27  vacated;
28

IT IS THEREFORE STIPULATED THAT:

1. The no bail warrant for Mr. Hussain's arrest issued on November 10, 2016, shall be vacated;

2. Mr. Hussain shall not be arrested or detained upon his entry into the United States, pursuant to the November 10, 2016 warrant;

3. Counsel for the United States shall promptly transmit this Order to the Federal Bureau of Investigation, the United States Marshals Service, and United States Customs and Border Protection and shall take reasonable steps, or instruct those agencies to take reasonable steps, to remove any impediments to Mr. Hussain's entry into the United States on January 9, 2017; and

4. To the extent Mr. Hussain requires any assistance with procuring a visa for entry into the United States, counsel for the United States shall use its best efforts to provide such assistance.

Defendant's undersigned counsel, Brook Dooley, hereby attests that Adam A. Reeves, counsel for the United States, concurs in the filing of this Stipulation.

Dated: December 19, 2016                           KEKER & VAN NEST LLP

                                                   By:  */s/ Brook Dooley*
                                                        BROOK DOOLEY

                                                   Attorneys for Defendant
                                                   SUSHOVAN HUSSAIN

Dated: December 19, 2016                           ALEX G. TSE
                                                   Attorney for the United States,
                                                   Acting under Authority Conferred by
                                                   28 U.S.C. § 515

                                                   By:  */s/ Adam A. Reeves*
                                                        ADAM A. REEVES

                                                   Attorneys for Plaintiff
                                                   UNITED STATES OF AMERICA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/21/2016                    _____
                                     HONORABLE CHARLES R. BREYER
                                     UNITED STATES DISTRICT COURT