KEKER & VAN NEST LLP
JOHN W. KEKER - # 49092
jkeker@kvn.com
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BROOK DOOLEY - # 230423
bdooley@kvn.com
KATE LAZARUS - # 268242
klazarus@kvn.com
NICHOLAS D. MARAIS - # 277846
nmarais@kvn.com
IAN KANIG - # 293625
ikanig@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSHOVAN HUSSAIN,<br><br>Defendant. | Case No. 3:16-cr-00462-CRB<br><br>**NOTICE OF APPEARANCE OF IAN KANIG**<br><br>Judge:    Hon. Charles R. Breyer<br><br>Date Filed:  November 10, 2016<br><br>Trial Date:  Not yet set |

1134852.01

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ian Kanig of Keker & Van Nest LLP hereby appears as counsel for Defendant Sushovan Hussain in the above-captioned matter. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> Ian Kanig (SBN 295623)
> KEKER & VAN NEST LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: ikanig@kvn.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: January 11, 2017                            KEKER & VAN NEST LLP


                                                   By:    /s/ *Ian Kanig*
                                                          IAN KANIG

                                                   Attorneys for Defendant
                                                   SUSHOVAN HUSSAIN

1134852.01