ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7157
    Fax: (415) 436-7234
    adam.reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-462 CRB |
| Plaintiff, | **CERTIFICATION OF ORGANIZATIONAL VICTIM** |
| v. | |
| SUSHOVAN HUSSAIN, | |
| Defendant. | |

    Pursuant to Fed. R. Crim. P. 12.4(a)(2) and Crim. L. R. 12.4-2(a), the undersigned certifies that the following organizations are, or may be, victims of the alleged criminal activity charged in the Indictment: Hewlett-Packard Company ("HP"), Hewlett-Packard Vision B.V., and other corporations related to or controlled by HP; HP is publicly-traded on the New York Stock Exchange under the trading symbol "HPQ."

| | | |
|---|---|---|
| 1 | DATED: January 11, 2017 | ALEX G. TSE |
| 2 | | Attorney for the United States |
| | | Acting under Authority Conferred |
| 3 | | by 28 U.S.C. § 515 |

/s/

_____

ADAM A. REEVES
ROBERT S. LEACH
Assistant United States Attorneys

CERTIFICATION OF ORGANIZATIONAL VICTIM
CASE NO. CR 16-462 CRB