KEKER & VAN NEST LLP
JOHN W. KEKER - # 49092
jkeker@kvn.com
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BROOK DOOLEY - # 230423
bdooley@kvn.com
KATE LAZARUS - # 268242
klazarus@kvn.com
NICHOLAS D. MARAIS - # 277846
nmarais@kvn.com
IAN KANIG - # 293625
ikanig@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant SUSHOVAN HUSSAIN

FILED
JAN 13 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00462-CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | Judge:    Hon. Maria-Elena James |
| SUSHOVAN HUSSAIN, | Date Filed: November 10, 2016 |
| Defendant. | Trial Date: Not yet set |

STIPULATION AND [PROPOSED] ORDER
Case No. 3:16-cr-00462-CRB

1140540

1  Plaintiff United States of America and Defendant Sushovan Hussain (collectively, the
2  "Parties") hereby stipulate as follows:
3  WHEREAS, on November 21, 2016, the Honorable Charles R. Breyer signed an Order
4  Setting Conditions of Release and Appearance Bond (the "Bond Order"), which contains
5  Mr. Hussain's personal details and which was therefore filed under seal, ECF No. 2;
6  WHEREAS, on January 12, 2017, Mr. Hussain appeared before the Honorable Maria-
7  Elena James for arraignment, at which time the Court signed a second copy of the Bond Order
8  setting forth the same Conditions of Release and Appearance;
9  WHEREAS, Mr. Hussain has requested that the January 12, 2017 copy of the Bond Order,
10 which contains his personal details, also be filed under seal; and
11 WHEREAS, the Court requested that Mr. Hussain submit a proposed order to that effect;
12 NOW, THEREFORE, THE PARTIES STIPULATE THAT the January 12, 2017 copy of
13 the Bond Order should be filed under seal.
14 Accordingly, the Parties request that, in accordance with Criminal Local Rule 56-1(b), the
15 Court order that the Bond Order be filed under seal.
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Case 3:16-cr-00462-CRB   Document 23   Filed 01/12/17   Page 3 of 4

Defendant's undersigned counsel, Nic Marais, hereby attests that Adam A. Reeves, counsel for the United States, concurs in the filing of this stipulation.

Dated: January 12, 2017                           KEKER & VAN NEST LLP

                                                  By: */s/ Nicholas D. Marais*
                                                  JOHN W. KEKER
                                                  JAN NIELSEN LITTLE
                                                  BROOK DOOLEY
                                                  KATE LAZARUS
                                                  NICHOLAS D. MARAIS
                                                  IAN A. KANIG

                                                  Attorneys for Defendant
                                                  SUSHOVAN HUSSAIN

Dated: January 12, 2017                           UNITED STATES ATTORNEY

                                                  By: */s/ Adam A. Reeves*
                                                  ADAM A. REEVES
                                                  ROBERT S. LEACH

                                                  Assistant United States Attorneys

1 **[PROPOSED] ORDER**

2 FOR GOOD CAUSE SHOWN and pursuant to the Parties' stipulation, it is hereby
3 ordered that the January 12, 2017 Order Setting Conditions of Release and Appearance Bond,
4 signed by Defendant Sushovan Hussain and the Court, shall be filed and maintained under seal.

Dated: 1-13-17

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE