# EXHIBIT C

| | |
|---|---|
| **From:** | Stolley, Martha B. <martha.stolley@morganlewis.com> |
| **Sent:** | Sunday, March 6, 2016 8:13 AM |
| **To:** | Park, Keigan M. (SF) (FBI) <Keigan.Park@ic.fbi.gov> |
| **Cc:** | Resley, Susan D. <sresley@morganlewis.com> |
| **Subject:** | RE: Prior HP Employees |

Hi Keigan—

In response to your request, please find below inredlast known contact information for the following:

    Alvaro Etcheverry Cotelo – Prior Autonomy Sales – Departed HP in April of 2015, worked in HP's office in Madrid, Spain.

    Address: ███████████████████████
    Telephone: ███████

    James Murray – Prior Autonomy Sales – Departed HP in March of 2012, worked in HP's London, England office.

    Address: ███████████████████████
    Telephone: We do not have this information.

    Chris Hartley – Prior Autonomy Sales – Departed HP in October of 2013, worked in the Cambridge office of Autonomy and the London Office of HP.

    Hartley will be represented by counsel, whose name and contact information we will provide as soon as we have it.

Take care-
Martha

**Martha B. Stolley**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6858 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
mstolley@morganlewis.com | www.morganlewis.com
Assistant: Patricia V. Miller | +1.212.309.6379 | pmiller@morganlewis.com

---

**From:** Park, Keigan M. (SF) (FBI) [mailto:Keigan.Park@ic.fbi.gov]
**Sent:** Thursday, February 11, 2016 7:20 PM
**To:** Stolley, Martha B.; Harrison, Jenny; Resley, Susan D.
**Subject:** RE: Prior HP Employees

Yes, sorry. I should have added: as part of the investigation into alleged accounting improprieties at Autonomy. We would like to contact the following prior HP employees.


--


-------- Original message --------
From: "Stolley, Martha B." <mstolley@morganlewis.com>
Date: 02/11/2016 4:17 PM (GMT-08:00)
To: "Park, Keigan M. (SF) (FBI)" <Keigan.Park@ic.fbi.gov>, "Harrison, Jenny" <jenny.harrison@morganlewis.com>, "Resley, Susan D." <sresley@morganlewis.com>
Subject: RE: Prior HP Employees

Flattery will get you everywhere . . .
Can you confirm that you need this information for the government's investigation?

Thanks-
Martha

**Martha B. Stolley**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6858 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
mstolley@morganlewis.com | www.morganlewis.com
Assistant: Patricia V. Miller | +1.212.309.6379 | pmiller@morganlewis.com

**From:** Park, Keigan M. (SF) (FBI) [mailto:Keigan.Park@ic.fbi.gov]
**Sent:** Thursday, February 11, 2016 6:59 PM
**To:** Harrison, Jenny; Stolley, Martha B.; Resley, Susan D.
**Subject:** Prior HP Employees

Morgan Lewis All-Stars,

I have a request to HP for information on some prior employees. I am hoping you will pass it on for me.

> Alvaro Etcheverry Cotelo – Prior Autonomy Sales – Departed HP in April of 2015, worked in HP's office in Madrid, Spain.
> James Murray – Prior Autonomy Sales – Departed HP in March of 2012, worked in HP's London, England office.
> Chris Hartley – Prior Autonomy Sales – Departed HP in October of 2013, worked in the Cambridge office of Autonomy and the London Office of HP.

I am looking for the last available contact information (does not need to be current, but current is preferred if you know it).

Thank you,

Keigan

```
SA Keigan Park
San Francisco Division
Federal Bureau of Investigation
(415)553-7400
```

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

FBI 200001511