# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. SUSHOVAN TAREQUE HUSSAIN

**Case Number:** CR 16-00462 CRB

**Total Number of Defendants:**
1 ✓   2-7 ☐   8 or more ☐

**Is This Case Under Seal?**
Yes ☐   No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐   No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓   OAK ☐   SJ ☐   EUR ☐   MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐   No ✓

**Assigned AUSA (Lead Attorney):** ROBERT S. LEACH

**Is this a RICO Act gang case?**
Yes ☐   No ✓

**Date Submitted:** 05/04/2017

**Comments:**

[ Save ]   [ Print ]   [ Clear Form ]

July 2013