MORGAN, LEWIS & BOCKIUS LLP
SUSAN D. RESLEY, Bar No. 161808
susan.resley@morganlewis.com
JENNY HARRISON, Bar No. 285164
jenny.harrison@morganlewis.com
ALYSE J. GRAMAGLIA, Bar No. 287989
ali.gramaglia@morganlewis.com
LAUREN N. WENNER, Bar No. 298942
lauren.wenner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MARTHA B. STOLLEY, *Pro Hac Vice Application Pending*
martha.stolley@morganlewis.com
CAROLYN A. SILANE, Bar No. 298113
carolyn.silane@morganlewis.com
101 Park Avenue
New York, NY 10178
Tel:   +1.212.309.6858
Fax:   +1.212.309.6001

GIBSON, DUNN & CRUTCHER
MICHAEL LI-MING WONG, Bar No. 194130
mwong@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:   +1.650.849.5393
Fax:   +1.650.849.5093

Attorneys for Hewlett-Packard Enterprise &
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUSHOVAN HUSSAIN,<br><br>Defendant. | Case No. 3:16-cr-00462 CRB<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE RE MOTION TO QUASH SUBPOENA ISSUED TO NON-PARTY HEWLETT-PACKARD COMPANY<br><br>Judge:   Hon. Charles R. Breyer<br><br>Date Filed:   November 10, 2016<br>Trial Date:   February 27, 2018 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] STIPULATED ORDER RE HEARING
DATE ON MOT. TO QUASH SUBPOENA
Case No. 3:16-cr-00462 (CRB)

Non-parties Hewlett-Packard Enterprise ("HPE") and Hewlett-Packard Company ("HP"), and Defendant Sushovan Hussain, by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on July 19, 2017, Mr. Hussain served a Rule 17 Subpoena on HP for the production of documents or objects in this action (the "Subpoena") and, on August 9, 2017, HPE and HP served a Motion to Quash the Subpoena and supporting documents (the "Motion to Quash") on all parties to this action and filed such motion on August 10, 2017 (ECF Nos. 101-104);

WHEREAS, counsel for HP and HPE noticed the hearing on their Motion to Quash for August 30, 2017 at 1:30 p.m., which the Court vacated and re-set hearing for September 12, 2017 at 2:00 pm;

WHEREAS, counsel for Mr. Hussain and counsel for HPE and HP have engaged in further discussions concerning the Subpoena and believe it will be more efficient to set a briefing schedule and hearing date that correlate with the Court's presently scheduled briefing and hearing schedule for Rule 12 motions set forth in the Court's August 8, 2017 Order (ECF No. 100); and

WHEREAS, counsel for Mr. Hussain and counsel for HPE and HP will continue to participate in discussions concerning the Subpoena and, if they are unable to resolve all issues, HPE and HP will file an Amended Motion to Quash addressing any issues that remain in dispute.

NOW, THEREFORE, Mr. Hussain and non-party HPE and HP hereby stipulate and agree to the following, subject to the Court's approval:

1) Counsel for Mr. Hussain and counsel for HP and HPE will continue to meet and confer and, if they are unable to resolve all disputed issues concerning the Subpoena, HP and HPE will file an Amended Motion to Quash on or before August 25, 2017;

2) Mr. Hussain's Opposition shall be filed by September 8, 2017;

3) HPE and HP's Reply shall be filed by September 15, 2017; and

4) The September 12, 2017 hearing date for the Motion to Quash shall be vacated and rescheduled to September 20, 2017 at 11:00 am.

**IT IS SO STIPULATED.**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] STIPULATED ORDER RE HEARING
DATE ON MOT. TO QUASH SUBPOENA
Case No. 3:16-cr-00462 (CRB)

| | |
|---|---|
| 1  Dated:  August 14, 2017 | Respectfully submitted, |
| 2 | |
| 3 | By:  /s/ |
| 4 | SUSAN D. RESLEY |
|   | JENNY HARRISON |
| 5 | ALYSE J. GRAMAGLIA |
|   | LAUREN N. WENNER |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 7 | San Francisco, CA 94105 |
|   | Telephone:  (415) 442-1000 |
| 8 | Facsimile:   (415) 442-1001 |
|   | susan.resley@morganlewis.com |
| 9 | |
|   | MARTHA B. STOLLEY |
| 10 | CAROLYN A. SILANE |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 11 | 101 Park Avenue |
|   | New York, NY 10178-0060 |
| 12 | Telephone:  (212) 309-6000 |
|   | Facsimile:   (212) 309-6001 |
| 13 | martha.stolley@morganlewis.com |
| 14 | MICHAEL LI-MING WONG |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 15 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA 94105 |
| 16 | Telephone:  (650) 849-5393 |
|   | Facsimile:   (650) 442-5093 |
| 17 | mwong@gibsondunn.com |
| 18 | *Attorneys for Hewlett-Packard Enterprise &* |
|   | *Hewlett-Packard Company* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] STIPULATED ORDER RE HEARING
DATE ON MOT. TO QUASH SUBPOENA
Case No. 3:16-cr-00462 (CRB)

| | |
|---|---|
| Dated: August 14, 2017 | By: /s/ |
| | JOHN W. KEKER |
| | JAN NIELSEN LITTLE |
| | BROOK DOOLEY |
| | KATE E. LAZARUS |
| | NICHOLAS D. MARAIS |
| | IAN KANIG |
| | KEKER, VAN NEST & PETERS LLP |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| | jkeker@keker.com |
| | jlittle@keker.com |
| | bdooley@keker.com |
| | klazarus@keker.com |
| | nmarais@keker.com |
| | ikanig@keker.com |

*Attorneys for Defendant Sushovan Hussain*

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: August 16, 2017

_____
HONORABLE CHARLES R. BREYER
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] STIPULATED ORDER RE HEARING
DATE ON MOT. TO QUASH SUBPOENA
Case No. 3:16-cr-00462 (CRB)