KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
KATE E. LAZARUS - # 268242
klazarus@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
IAN KANIG - # 293625
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

ATTORNEYS FOR DEFENDANT
SUSHOVAN HUSSAIN

[ADD'L COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00462-CRB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE FOR SEPTEMBER 26, 2017 HEARING** <br> OCTOBER 6, 2017 |
| v. | |
| SUSHOVAN HUSSAIN, | Judge:     Hon. Charles R. Breyer |
| Defendant. | Date Filed: November 10, 2016 |
| | Trial Date: February 26, 2018 |

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE FOR SEPTEMBER 26, 2017 HEARING
Case No. 3:16-cr-00462-CRB

1190976

The United States, Defendant Sushovan Hussain, and non-parties Hewlett-Packard Enterprise ("HPE") and Hewlett-Packard Company ("HP"), acting by and through their counsel, hereby stipulate as follows:

WHEREAS, on August 8, 2017, the Court entered a schedule ordering that Rule 12 motions be heard on September 20, 2017, *see* Dkt. 100 ("Schedule") at ¶ 6;

WHEREAS, in preparing the Schedule, the parties agreed—and the Court ordered—that Mr. Hussain's reply in support of any Rule 12 motion would be (and currently is) due on September 15, 2017, *id.* at ¶ 5;

WHEREAS, on August 14, 2017, counsel for Mr. Hussain, HP, and HPE agreed that briefing on HP and HPE's Amended Motion to Quash, Dkt. 110, should be set and heard on the same schedule as Mr. Hussain's Rule 12 motion, *see* Dkts. 107, 109;

WHEREAS, on September 14, 2017, the Court continued the hearing on Mr. Hussain's Rule 12 motion and on HP and HPE's Amended Motion to Quash to September 26, 2017;

NOW, THEREFORE, counsel for the United States, Mr. Hussain, and HP and HPE hereby agree, subject to the Court's approval, that:

1. Mr. Hussain's reply in support of his Rule 12 motion shall be filed by September 18, 2017; and
2. HP and HPE's reply in support of their Amended Motion to Quash shall be filed by September 18, 2017.

Respectfully submitted,

Dated: September 14, 2017        KEKER, VAN NEST & PETERS LLP

By:   */s/ John W. Keker*
      JOHN W. KEKER
      JAN NIELSEN LITTLE
      BROOK DOOLEY
      KATE E. LAZARUS
      NICHOLAS D. MARAIS
      IAN KANIG

      Attorneys for Defendant
      SUSHOVAN HUSSAIN

Dated: September 14, 2017

UNITED STATES OF AMERICA

By: */s/ Robert S. Leach*
ADAM A. REEVES
ROBERT S. LEACH
Assistant United States Attorneys

ALEX G. TSE
Attorney for the United States
Acting under Authority Conferred by
28 U.S.C. § 515

BARBARA J. VALLIERE
Chief, Criminal Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7157
Fax: (415) 436-7234
adam.reeves@usdoj.gov

Attorneys for United States of America

| | |
|---|---|
| Dated:  September 14, 2017 | MORGAN, LEWIS & BOCKIUS LLP |

By:  */s/ Martha B. Stolley*
SUSAN D. RESLEY
ALYSE J. GRAMAGLIA
LAUREN N. WENNER
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:     415 442 1000
Fax:    415 442 1001
susan.resley@morganlewis.com
ali.gramaglia@morganlewis.com
lauren.wenner@morganlewis.com

MARTHA B. STOLLEY (pro hac vice)
CAROLYN A. SILANE
101 Park Avenue
New York, NY  10178
Tel:     212 309 6858
Fax:    212 309 6001
martha.stolley@morganlewis.com
carolyn.silane@morganlewis.com


GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:     650 849 5393
Fax:    650 849 5093
mwong@gibsondunn.com

Attorneys for
HEWLETT-PACKARD ENTERPRISE &
HEWLETT-PACKARD COMPANY

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, John W. Keker, am the ECF user whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE FOR SEPTEMBER 26, 2017 HEARING.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ John W. Keker*
JOHN W. KEKER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 20, 2017

_____
HONORABLE CHARLES R. BREYER
United States District Judge