ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7453
    Fax: (415) 436-7234
    adam.reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 16-00462 CRB |
|     Plaintiff, | ) |
| | ) UNITED STATES' AMENDED |
|   v. | ) WITNESS LIST |
| | ) |
| SUSHOVAN TAREQUE HUSSAIN, | ) Pretrial Conference: February 6, 2018 |
| | ) Trial Date: February 26, 2018 |
|     Defendant. | ) |
| | ) |

United States may call the following witnesses[1] during its case-in-chief:

1.    Brian Alexander*

2.    Antonia Anderson*

3.    Leo Apotheker*

4.    Neil Araujo

5.    Kevin Asher*

6.    John Baiocco*

7.    Varoon Bhaggat*

---

[1] Witnesses with an asterisk are more likely to be called during the trial.

1    8.   Sean Blanchflower*
2    9.   Steven Brice*
3    10.  Edward Bridges*
4    11.  Michael Briest*
5    12.  Alexandra Bryant*
6    13.  Dominic Camden*
7    14.  Chris Chan*
8    15.  Frank Cooke*
9    16.  John Cronin*
10   17.  James Crumbacher
11   18.  Amit Daryanani*
12   19.  Christopher Egan*
13   20.  Tomas Esterrich
14   21.  Jim Fogo*
15   22.  Al Furman*
16   23.  Darren Gallagher
17   24.  Thomas Garner*
18   25.  Marc Geall*
19   26.  Andy Gersh*
20   27.  Chris Goodfellow*
21   28.  Livius Guaio*
22   29.  Dave Haapaoja
23   30.  Dave Hales*
24   31.  Frank Haran
25   32.  Brent Hogenson*
26   33.  Andy Johnson*
27   34.  Brian Kelly*
28   35.  Daud Khan*

UNITED STATES' AMENDED WITNESS LIST,
CASE NO. CR 16-00462 CRB                2

| | | |
|---|---|---|
| 1 | 36. | Kenneth Koch* |
| 2 | 37. | Micki Lee |
| 3 | 38. | William Loomis* |
| 4 | 39. | Gerry Louw* |
| 5 | 40. | Fernando Lucini* |
| 6 | 41. | Chris Matuszewski |
| 7 | 42. | Rob McKay |
| 8 | 43. | Michael Menz |
| 9 | 44. | Nigel Mercer* |
| 10 | 45. | Paul Moreland* |
| 11 | 46. | Tom Murray* |
| 12 | 47. | Steve Ogden* |
| 13 | 48. | Alex Paul |
| 14 | 49. | Rahul Puri* |
| 15 | 50. | Frank Quattrone* |
| 16 | 51. | Alan Rizek* |
| 17 | 52. | Shane Robison |
| 18 | 53. | Manish Sarin* |
| 19 | 54. | Joel Scott* |
| 20 | 55. | Reagan Smith* |
| 21 | 56. | Jane Snider* |
| 22 | 57. | Matt Stephan* |
| 23 | 58. | Michael Sullivan* |
| 24 | 59. | Gary Szukalski |
| 25 | 60. | David Toms* |
| 26 | 61. | David Truitt* |
| 27 | 62. | Steve Truitt* |
| 28 | 63. | Nigel Upton* |

UNITED STATES' AMENDED WITNESS LIST,
CASE NO. CR 16-00462 CRB                  3

1  64. Bill Veghte
2  65. Roger Wang
3  66. Cynthia Watkins*
4  67. Lee Welham*
5  68. Stephen Williams
6  69. Chris Yelland*
7  70. Custodians of Records of
8     a. Barclays
9     b. Cardinal Bank
10    c. Capax Discovery LLC
11    d. Comerica Bank
12    e. Discover Technologies LLC
13    f. EMC Corporation
14    g. Financial Reporting Council
15    h. FTI Consulting, LLC
16    i. Hewlett-Packard Enterprise and current and former affiliates
17    j. HP Inc.
18    k. John Marshall Bank
19    l. M&T Bank
20    m. Microtechnologies LLC
21    n. KPMG
22    o. Thomson Reuters (Markets) LLC
23    p. West Corporation

The government may seek to supplement this list as trial preparations progress, and will notify the defendant and the Court of any changes to its Witness List.

Dated:  January 17, 2018

Respectfully Submitted,

ALEX G. TSE
Acting United States Attorney

/s/
_____
ROBERT S. LEACH
ADAM A. REEVES
WILLIAM FRENTZEN
Assistant United States Attorneys