IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSHOVAN TAREQUE HUSSAIN,<br><br>　　　　　Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**ORDER RE PRE-TRIAL CONFERENCE** |

At the pre-trial conference on Feb. 6, the parties should be prepared to discuss the format in which exhibits such as voluminous financial data should be admitted and given to the jury.

**IT IS SO ORDERED.**

Dated: Jan. 31, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　United States District Judge