KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
Sushovan Hussain

MORGAN, LEWIS & BOCKIUS LLP
SUSAN D. RESLEY, Bar No. 161808
susan.resley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   415.442.1000
Facsimile:    415.442.1001

MARTHA B. STOLLEY (*Pro Hac Vice*)
martha.stolley@morganlewis.com
101 Park Avenue
New York, NY 10178
Telephone:   212.309.6858
Facsimile:    212.309.6001

GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, Bar No. 194130
mwong@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   650.849.5393
Facsimile:    1.650.849.5093

Attorneys for Hewlett-Packard Enterprise &
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SUSHOVAN HUSSAIN,<br><br>  Defendant. | Case No. 3:16-cr-00462-CRB<br><br>**STIPULATION, [PROPOSED] ORDER, AND NOTICE OF WITHDRAWAL REGARDING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTED MEMORANDA, ECF NO. 213**<br><br>Judge:      Hon. Charles R. Breyer<br><br>Date Filed: November 10, 2016<br><br>Trial Date: February 26, 2018 |

STIPULATION, [PROPOSED] ORDER, AND NOTICE OF WITHDRAWAL REGARDING
DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTED MEMORANDA
Case No. 3:16-cr-00462-CRB

1231537

1      WHEREAS, on July 12, 2017, the Court granted Mr. Hussain's *ex parte* motion for an

2  Order Granting Issuance of a Rule 17(c) Subpoena to Hewlett-Packard Company ("HP");

3      WHEREAS, on July 19, 2017, Mr. Hussain served a Rule 17(c) on HP, which included

4  requests for "all summaries, notes and memoranda related to interviews" conducted by Proskauer

5  Rose LLP ("Proskauer") and Morgan Lewis & Bockius LLP ("Morgan Lewis")

6  (the "Summaries"), ECF No. 111-2;

7      WHEREAS, HP represented that it had already produced redacted versions of the

8  responsive non-privileged Summaries to the government and that those summaries were,

9  therefore, accessible to Mr. Hussain;

10      WHEREAS, on October 16, 2017, defense counsel requested that HP prepare and produce

11  a privilege log explaining which Summaries had been withheld or redacted, and why;

12      WHEREAS, on January 12, 2018, HP produced an initial privilege log;

13      WHEREAS, from January 16, 2018 through January 22, 2018, counsel for HP and

14  defense counsel engaged unsuccessfully in meet-and-confer efforts;

15      WHEREAS, on January 23, 2018, Mr. Hussain filed a motion to compel, through which

16  he sought the production of unredacted copies of the Summaries, either directly to defense

17  counsel or through *ex parte* lodging with the Court, ECF No. 213 (the "Motion");

18      WHEREAS, on January 26, 2018, HP offered to re-review the privilege log and produce

19  amended Summaries, where appropriate; to produce an amended privilege log; and to lodge with

20  the Court—*ex parte* and under seal—unredacted copies of the Summaries;

21      WHEREAS, on January 29, 2018, HP produced an amended privilege log, and

22  re-produced approximately 43 of the Summaries;

23      NOW, THEREFORE, Mr. Hussain and HP stipulate and agree as follows:

24      1.      By February 6, 2018, HP will lodge with the Court, *ex parte* and under seal,

25              unredacted copies of any and all Summaries that Proskauer and Morgan Lewis

26              prepared, including Summaries that HP may have withheld entirely from

27              production.  Consistent with the Court's prior Order, HP will also "note which

28              documents [they are] claiming are privileged, and shall set out the basis for [their]

1

1231537

1 | assertion of privilege." *See generally* ECF No. 125.

2. Mr. Hussain hereby withdraws his Motion, ECF No. 213.

3. Mr. Hussain and HP reserve all rights with respect to potential challenges to, or defense of, privilege designations or redactions.

Respectfully submitted,

Dated: January 30, 2018         KEKER, VAN NEST & PETERS LLP

By: */s/ John W. Keker*
JOHN W. KEKER
JAN NIELSEN LITTLE
BROOK DOOLEY

Attorneys for Defendant
Sushovan Hussain

Dated: January 30, 2018         MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Susan D. Resley*
SUSAN D. RESLEY
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
susan.resley@morganlewis.com

MARTHA B. STOLLEY
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
martha.stolley@morganlewis.com

MICHAEL LI-MING WONG
GIBSON, DUNN &CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (650) 849-5393
Facsimile: (650) 442-5093
mwong@gibsondunn.com

Attorneys for Hewlett-Packard Enterprise &
Hewlett-Packard Company

2
STIPULATION, [PROPOSED] ORDER, AND NOTICE OF WITHDRAWAL REGARDING
DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTED MEMORANDA
Case No. 3:16-cr-00462-CRB

1231537

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, John W. Keker, am the ECF user whose ID and password are being used to file this Stipulation, [Proposed] Order, and Notice of Withdrawal Regarding Defendant's Motion to Compel Production of Unredacted Memoranda, ECF No. 213.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

                                    */s/ John W. Keker*
                                    JOHN W. KEKER

3
STIPULATION, [PROPOSED] ORDER, AND NOTICE OF WITHDRAWAL REGARDING
DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTED MEMORANDA
Case No. 3:16-cr-00462-CRB

1231537

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 31, 2018

_____
HONORABLE CHARLES R. BREYER
United States District Judge

4
STIPULATION, [PROPOSED] ORDER, AND NOTICE OF WITHDRAWAL REGARDING
DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTED MEMORANDA
Case No. 3:16-cr-00462-CRB

1231537