UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　　v.<br>SUSHOVAN TAREQUE HUSSAIN,<br>　　　　　Defendants. | Case No.  3:-cr-00462-1-CRB<br><br>**ORDER FOR JURY REFRESHMENTS** |

　　　IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 15 members of the jury in the above-entitled matter beginning February 26, 2018 at 8:00 AM, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 6, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

　　　IT IS SO ORDERED.

Dated: February 6, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge