KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>SUSHOVAN HUSSAIN,<br><br>                    Defendant. | Case No. 3:16-cr-00462-CRB<br><br>[~~PROPOSED~~] **AUTHENTICITY STIPULATION**<br><br>Dept.:        Courtroom 6, 17th Floor<br><br>Judge:       Hon. Charles R. Breyer<br><br>Trial Date: February 26, 2018 |

The United States and Defendant Sushovan Hussain (collectively, the "Parties") hereby stipulate as follows:

1. Documents produced by the United States bearing Bates numbers US-FRC00000001-508 are authentic copies of transcripts of interviews conducted by the U.K. Financial Reporting Council for the purposes of Federal Rules of Evidence 901 and 1003;

2. Documents produced by the United States bearing Bates numbers US-SFO00000001-925 are authentic copies of transcripts of interviews conducted by the U.K. Serious Fraud Office for the purposes of Federal Rules of Evidence 901 and 1003; and

3. This Stipulation does not affect the right of either party to object to the admissibility of any document on the basis of Fed. R. Evid. 401, 402, 403, 404, or 801 or on any other basis not specifically addressed in Paragraphs 1 and 2.

Dated: February 8, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ John W. Keker*
JOHN W. KEKER
JAN NIELSEN LITTLE
BROOK DOOLEY

Attorneys for Defendant
SUSHOVAN HUSSAIN

Dated: February 8, 2018

ALEX G. TSE
Attorney for the United States
Acting under Authority Conferred by
28 U.S.C. § 515

By: */s/ Adam A. Reeves*
ADAM A. REEVES
ROBERT S. LEACH
WILLIAM FRENTZEN
Assistant United States Attorneys

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, John W. Keker, am the ECF user whose ID and password are being used to file this [PROPOSED] AUTHENTICITY STIPULATION. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ John W. Keker*
JOHN W. KEKER

THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

Dated: February 9, 2018

HONORABLE CHARLES R. BREYER
United States District Judge