KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SUSHOVAN HUSSAIN,<br><br>            Defendant. | Case No. 3:16-cr-00462-CRB<br><br>[~~PROPOSED~~] ORDER RE COURTROOM EQUIPMENT FOR TRIAL<br><br>Judge:      Hon. Charles R. Breyer<br><br>Date Filed: November 10, 2016<br><br>Trial Date: February 26, 2018 |

Based on the application of defendant's counsel, Keker, Van Nest & Peters, the Court, having considered the request for permission, pursuant to General Order No. 58, for counsel or any person designated by counsel bearing a copy of this order, to bring the electronic equipment listed below into the courthouse on February 22, 2018 throughout the entire trial, and to possess and use electronic equipment during trial scheduled to begin on February 26, 2018, and for good cause appearing, permission to use the requested equipment in Courtroom 6 is GRANTED.  The specific electronic devices and other equipment the parties seek to bring into the courthouse are as follows:

1. 5000L to 6500L Projector;
2. DaLite Insta-Theater Screen 80";
3. DaLite Projection Stand;
4. Two 18" x 60" Tables with Skirt;
5. Two Extron 6 in x 1 out VGA switches;
6. Two Extron 1 in x 2 out VGA DAs;
7. Two Anchor AN-1000X Speakers;
8. Two CAP-1 Computer Audio Patches;
9. Two 19" computer monitors;
10. Two HP Color Laserjet M451dn Printers;
11. Toner HP (Black, Yellow, Magenta, Cyan);
12. One portable scanner;
13. Six rolling library carts;
14. 2 hand trucks; and
15. Two easels and large notepads.

IT IS SO ORDERED.

Dated: February 9, 2018

_____
Honorable Charles R. Breyer
Judge of the United States District Court