IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSHOVAN TAREQUE HUSSAIN,<br><br>Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 6 [DKT. 151]** |

The Court has completed its in camera review of <u>FBI Casefile #13: "The Sicilian Music Society,"</u> in which Defendant plays an Italian Mafioso ordering hit men to perform various "jobs." According to the government, the film was first screened at the annual sales conference of Defendant's employer, Autonomy Corporation PLC, a British firm. Having carefully considered the government's arguments that "humor reveals" and that the film "paints a more complete and accessible picture of the Defendant's single-handed domination of Autonomy's sales teams and his intolerance of excuses from failing sales subordinates," the Court has come to the conclusion that the film is likely admissible as a submission to the Academy of Motion Picture Arts and Sciences in the category of ~~Best~~ Worst Live-Action Short Film (Foreign). If there is another basis of admissibility, the Court is unaware what it might be.

For the foregoing reasons, the Defendant's motion in limine to exclude this evidence is **GRANTED**.

**IT IS SO ORDERED.**

Dated: Feb. 9, 2018

CHARLES R. BREYER
United States District Judge