ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7453
    Fax: (415) 436-7234
    adam.reeves@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-462 CRB |
| Plaintiff, | UNITED STATES' SECOND AMENDED WITNESS LIST |
| v. | |
| SUSHOVAN TAREQUE HUSSAIN, | Trial Date: February 26, 2018 |
| Defendant. | |

United States may call the following witnesses[1] during its case-in-chief:

1.    Brian Alexander

2.    Antonia Anderson*

3.    Leo Apotheker*

4.    Neil Araujo*

5.    Kevin Asher

6.    John Baiocco*

7.    Varoon Bhaggat*

---

[1] Witnesses with an asterisk are more likely to be called during the trial.

1     8.     Sean Blanchflower*

2     9.     Steven Brice*

3     10.     Edward Bridges*

4     11.     Michael Briest

5     12.     Alexandra Bryant*

6     13.     Dominic Camden*

7     14.     Chris Chan*

8     15.     Frank Cooke*

9     16.     John Cronin*

10     17.     James Crumbacher

11     18.     Amit Daryanani*

12     19.     Christopher Egan*

13     20.     Tomas Esterrich

14     21.     Jim Fogo*

15     22.     FRC witness*

16     23.     Al Furman*

17     24.     Darren Gallagher

18     25.     Thomas Garner*

19     26.     Marc Geall*

20     27.     Andy Gersh*

21     28.     Chris Goodfellow*

22     29.     Livius Guaio

23     30.     Dave Haapaoja

24     31.     Dave Hales

25     32.     Frank Haran

26     33.     Brent Hogenson*

27     34.     Andy Johnson*

28     35.     Brian Kelly*

36.   Daud Khan*

37.   Kenneth Koch*

38.   Micki Lee

39.   William Loomis*

40.   Gerry Louw*

41.   Fernando Lucini*

42.   Azura Mason

43.   Chris Matuszewski

44.   Rob McKay

45.   Michael Menz

46.   Nigel Mercer*

47.   Paul Moreland*

48.   Tom Murray*

49.   Steve Ogden

50.   Alex Paul

51.   Rahul Puri*

52.   Frank Quattrone*

53.   Alan Rizek*

54.   Shane Robison

55.   Manish Sarin*

56.   Joel Scott*

57.   Reagan Smith*

58.   Jane Snider*

59.   Matt Stephan*

60.   Michael Sullivan*

61.   Gary Szukalski

62.   David Toms*

63.   David Truitt*

UNITED STATES' SECOND AMENDED WITNESS LIST,
CASE NO. CR 16-462 CRB                3

64. Steve Truitt*

65. Nigel Upton*

66. Michael Varsally*

67. Bill Veghte

68. Roger Wang

69. Cynthia Watkins

70. Lee Welham*

71. Stephen Williams

72. Chris Yelland*

73. Custodians of Records of

    a. Barclays

    b. Cardinal Bank

    c. Capax Discovery LLC

    d. Champagne Logistics*

    e. Comerica Bank

    f. Discover Technologies LLC

    g. EMC Corporation*

    h. Financial Reporting Council

    i. FTI Consulting, LLC

    j. Hewlett-Packard Enterprise and current and former affiliates

    k. HP Inc.

    l. John Marshall Bank

    m. M&T Bank

    n. Microtechnologies LLC

    o. KPMG

    p. Thomson Reuters (Markets) LLC

    q. West Corporation

1    The government may seek to supplement this list as trial preparations progress, and will

2    notify the defendant and the Court of any changes to its Witness List.

3    Dated:  February 9, 2018                    Respectfully Submitted,

4                                               ALEX G. TSE
                                                Acting United States Attorney

5

6                                               /s/

7    _____
                                                ROBERT S. LEACH

8                                               ADAM A. REEVES
                                                WILLIAM FRENTZEN

9                                               Assistant United States Attorneys

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28