Exhibit A

*United States v. Hussain* - 3:16-cr-00462-CRB
**WITNESSES IDENTIFIED BY KEKER, VAN NEST & PETERS LLP WHERE THE (1) INTERVIEWS WERE DOCUMENTED BY FIRMS OTHER THAN PROSKAUER ROSE LLP AND MORGAN, LEWIS & BOCKIUS LLP (2)  INTERVIEW MATERIALS WERE LODGED *EX PARTE* AND UNDER SEAL AND (3) INTERVIEWS AND MATERIALS WERE NOT CONDUCTED OR PREPARED IN ANTICIPATION OF OR IN CONNECTION WITH THE UK CIVIL LITIGATION[1]**

| Witness Name | Firm(s) |
| --- | --- |
| Asher, Kevin | Wachtell, Lipton, Rosen & Katz |
| Branch, Betsy | Wachtell, Lipton, Rosen & Katz |
| Breya, Marge | (None) |
| Curtis, Paul | (None) |
| Scott, Rachel | (None) |
| Anderson, Antonia | PricewaterhouseCoopers<br>Wachtell, Lipton, Rosen & Katz |
| Apotheker, Leo | Choate, Hall & Stewart<br>Wachtell, Lipton, Rosen & Katz |
| Araujo, Neil | (None) |
| Baiocco, John | Choate, Hall & Stewart |
| Blanchflower, Sean | PricewaterhouseCoopers |
| Chan, Christopher | PricewaterhouseCoopers |
| Cronin, John | Choate, Hall & Stewart |
| Crumbacher, James | (None) |
| Egan, Stouffer | (None) |
| Gallagher, Darren | PricewaterhouseCoopers |
| Gersh, Andy | (None) |
| Goodfellow, Chris | PricewaterhouseCoopers |
| Guaio, Livius | (None) |
| Hogenson, Brent | (None) |
| Johnson, Andy | Choate, Hall & Stewart<br>Wachtell, Lipton, Rosen & Katz |
| Lee, Mickie | (None) |
| Lesjak, Catherine | Wachtell, Lipton, Rosen & Katz |
| Lucini, Fernando | PricewaterhouseCoopers |
| Procopi, Steve | (None) |
| Rizek, Alan | (None) |
| Robison, Shane | (None) |
| Rockwell, Ed | (None) |
| Sarin, Manish | Wachtell, Lipton, Rosen & Katz |
| Schultz, John | PricewaterhouseCoopers |

---

[1] Hewlett-Packard Company and Hewlett-Packard Enterprises (together, "HPE") have asserted attorney-client privilege and/or work product protection over the witness interview materials identified herein. The bases for asserting privilege were set forth in HPE's *ex parte* submission to the Court on January 24, 2018.

**PROTECTED MATERIAL**
**SUBJECT TO PROTECTIVE ORDER (ECF 40)**

| Witness Name | Firm(s) |
|---|---|
| Scott, Joel | (None) |
| Sunderwala, Meeta | Wachtell, Lipton, Rosen & Katz |
| Sullivan, Michael | Brown Rudnick |
| Veghte, Bill | (None) |
| Wang, Roger | PricewaterhouseCoopers |
| Whitman, Meg | Wachtell, Lipton, Rosen & Katz |
| Yelland, Chris | PricewaterhouseCoopers |

PROTECTED MATERIAL
SUBJECT TO PROTECTIVE ORDER (ECF 40)