1

2

3

4

5                                IN THE UNITED STATES DISTRICT COURT

6                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,                    Case No. 16-cr-00462-CRB-1

9                          Plaintiff,

10             v.                                 **ORDER DIRECTING NON-PARTY
                                                  HEWLETT PACKARD TO
11   SUSHOVAN TAREQUE HUSSAIN,                     PROVIDE INFORMATION**

12                          Defendant.

13          Having reviewed non-party Hewlett Packard's submission (dkt. 257) regarding

14   sealed witness summaries it has produced or intends to produce to Defendant pursuant to

15   Court order (dkt. 255), the Court notes that a number of the interviews HP identified in its

16   sealed submissions to the Court responsive to Defendant's Jan. 3, 2018, subpoena (dkt.

17   246) who also appear on the government's most recent witness list do not appear to be

18   listed.  Sensitive to the fact that HP submitted these materials under seal, the Court will

19   merely note the exhibit numbers of the interviews submitted in response to the Jan. 3,

20   2018, subpoena that appear to be relevant to the Court, but that were not included in HP's

21   publicly filed list: 2, 9, 10, 11, 19, 20, 28, 39, 40, 42, 45, 46, 47, 68, 73, 74.  For each of

22   these, HP is ORDERED to either: (1) state that they are among the withheld interviews

23   already identified (dkt. 257), (2) state that it plans to produce them to the Defense, or

24   (3) articulate a separate basis for withholding them.  If (2), HP is further ORDERED to list

25   the names of the interviewees and the dates on which the interviews were conducted.  HP

26   is ORDERED to submit this filing on the public docket by **Friday, March 2, 2018**.

27

28

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2      Dated: March 2, 2018



3                                         CHARLES R. BREYER
                                          United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California