IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>SUSHOVAN TAREQUE HUSSAIN,<br>    Defendant. | Case No.  16-cr-00462-CRB-1<br><br>**ORDER DENYING HP'S MOTION TO WITHHOLD CERTAIN DOCUMENTS PURSUANT TO ATTORNEY-CLIENT PRIVILEGE [257]** |

Hewlett Packard argues in its most recent filing (dkt. 257) that ten relevant interviews by PricewaterhouseCoopers and one by Choate are privileged based on their connection to ongoing litigation in the UK.  Though HP has had two opportunities to make this argument before with regard to these documents (see dkt. 110 & in camera submission re: Jan. 3 subpoena), it has not.  The Court notes that HP asserted privilege in connection to the UK litigation with respect to one of the interviews by Choate (exhibit 5), but this interview is not among those the Court has required HP to produce in this litigation.  Accordingly, HP has waived this argument.  It is **ORDERED** to produce forthwith the withheld documents identified in dkt. 257.  It is further **ORDERED**, where it turns over to the defense redacted interview summaries, to file under seal with the Court a copy of the interview indicating the redactions so that the Court can assess any claims of privilege.  Any privilege arguments that HP has made in previous filings is preserved and will be considered—HP need not submit additional briefing regarding privilege.

**IT IS SO ORDERED.**

Dated: March 2, 2018



CHARLES R. BREYER
United States District Judge