MORGAN, LEWIS & BOCKIUS LLP
SUSAN D. RESLEY, Bar No. 161808
susan.resley@morganlewis.com
KURT B. OLDENBURG, Bar No. 287275
kurt.oldenburg@morganlewis.com
ALYSE J. GRAMAGLIA, Bar No. 287989
ali.gramaglia@morganlewis.com
ELLIE F. CHAPMAN, Bar No. 305473
ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MARTHA B. STOLLEY, *Admitted Pro Hac Vice*
martha.stolley@morganlewis.com
CAROLYN A. SILANE, Bar No. 298113
carolyn.silane@morganlewis.com
101 Park Avenue
New York, NY 10178
Tel:     +1.212.309.6858
Fax:    +1.212.309.6001

GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, Bar No. 194130
mwong@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:     +1.650.849.5393
Fax:    +1.650.849.5093

Attorneys for Hewlett-Packard Enterprise &
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SUSHOVAN HUSSAIN,<br><br>           Defendant. | Case No. 3:16-cr-00462 CRB<br><br>AMENDED SUBMISSION BY HEWLETT-PACKARD COMPANY RE FEBRUARY 28 AND MARCH 2, 2018 ORDERS (ECF 255, 257, 259, 260)<br><br>Place:      Courtroom 6, 17th Floor<br>Judge:      Hon. Charles R. Breyer<br>Date Filed: November 10, 2016<br>Trial Date: February 26, 2018 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED SUBMISSION OF HEWLETT-PACKARD CO.
RE FEBRUARY 28 AND MARCH 2, 2018 ORDERS
Case No. 3:16-cr-00462 (CRB)

Pursuant to the Court's March 2, 2018 Orders (ECF 259, 260), non-party Hewlett-Packard Company ("HP") files this amended submission regarding witness notes, memoranda, and summaries previously filed under seal ("Sealed Witness Summaries") which HP has produced or will produce to counsel for the defense and the United States in the above-captioned action, subject to the exceptions set out in the Court's February 28, 2018 Order (ECF 255).

HP is producing the Sealed Witness Summaries under the following assumptions:

- The Sealed Witness Summaries are intended solely for the parties in the above-captioned proceeding and in no other proceeding;
- The Sealed Witness Summaries are subject to Federal Rule of Evidence 502;
- The production of the Sealed Witness Summaries is pursuant to order of the Court in this matter and does not waive any privilege or protection available as to other parties or proceedings; and
- Consistent with the Court's order, HP may redact any material protected by the attorney-client privilege and any attorneys' opinions or impressions from the Sealed Witness Summaries.

Subject to these qualifications, and based on the USAO's Second Amended Witness List (ECF 246), HP has produced—or will produce—the following Sealed Witness Summaries responsive to Mr. Hussain's July 14, 2017 and January 3, 2018 subpoenas:

| Witness Interviewed | Sealed Witness Summaries (Date) |
|---|---|
| Andy Gersh | 06/28/12 |
| Andy Johnson | 04/12/13<br>09/04/13<br>10/02/13<br>10/21/13<br>05/14/15 |
| Antonia Anderson | 04/11/13<br>01/23/15<br>05/14/15<br>02/11/16 |
| Brent Hogenson | 06/25/12 |
| Chris Chan | 02/07/13 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

AMENDED SUBMISSION OF HEWLETT-PACKARD CO.
RE FEBRUARY 28 AND MARCH 2, 2018 ORDERS
Case No. 3:16-cr-00462 (CRB)

| Witness Interviewed | Sealed Witness Summaries (Date) |
|---|---|
| Chris Goodfellow | 12/09/12<br>07/01/13<br>06/27/14<br>01/23/15 (produced 03/02/18) |
| Christopher "Stouffer" Egan | 07/11/12 |
| Christopher Yelland | 06/23/14<br>05/14/15<br>01/23/15<br>02/11/16 |
| Darren Gallagher | 09/17/12 |
| Fernando Lucini | 12/18/14 (produced 03/02/18)<br>01/23/15 (produced 03/02/18)<br>10/27/16 (produced 03/02/18) |
| James Crumbacher | 05/30/12 |
| Joel Scott | 05/29/12 |
| John Baiocco | 11/25/13 (produced 02/27/18) |
| John Cronin | 01/27/16 (produced 03/01/18) |
| Kevin Asher | 09/04/13<br>11/01/13<br>11/06/13<br>09/12/14 |
| Lee Welham | 11/25/12 |
| Léo Apotheker | 05/23/13<br>06/26/14 |
| Livius Guaio | 05/31/12<br>08/02/12 |
| Mike Sullivan | 05/12/12 (Court released 02/26/12)<br>07/25/12<br>02/18/15<br>11/22/15 |
| Manish Sarin | 10/17/13<br>10/17/13<br>03/15/15<br>05/05/15 |
| Nigel Mercer | 11/15/12 |
| Roger Wang | 09/17/12 |
| Sean Blanchflower | 09/17/12 (produced 03/01/18)<br>06/09/16 (produced 03/02/18) |
| Paul Morland | 11/09/15 |
| Tom Murray | 11/15/12 |
| Varoon Bhagat | 04/18/13 |

The foregoing list encompasses all Sealed Witness Summaries referenced in the Court's March 2, 2018 Orders (ECF 259, 260). HP will continue to prioritize its productions of the Sealed

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

AMENDED SUBMISSION OF HEWLETT-PACKARD CO.
RE FEBRUARY 28 AND MARCH 2, 2018 ORDERS
Case No. 3:16-cr-00462 (CRB)

Witness Summaries as the government identifies the witnesses it intends to call. Pursuant to ECF 260, HP will lodge under seal unredacted copies of the Sealed Witness Summaries produced to the USAO and defense counsel with translucent redactions for *in camera* review. All such copies will be lodged the same day or, if served after regular business hours, the following day.

Dated:  March 2, 2018  Respectfully submitted,

By   */s/ Kurt B. Oldenburg*

SUSAN D. RESLEY
KURT B. OLDENBURG
ALYSE J. GRAMAGLIA
ELLIE F. CHAPMAN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105

MARTHA B. STOLLEY (*pro hac vice*)
CAROLYN A. SILANE (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060

MICHAEL LI-MING WONG
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

*Attorneys for Hewlett-Packard Enterprise & Hewlett-Packard Company*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

AMENDED SUBMISSION OF HEWLETT-PACKARD CO.
RE FEBRUARY 28 AND MARCH 2, 2018 ORDERS
Case No. 3:16-cr-00462 (CRB)