**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:16-cr-00462-CRB-1

Case Name: <u>USAv. Sushovan Tareque Hussain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | William Frentzen, Robert S. Leach and Adam A. Reeves | John W. Keker, Brook Dooley and Jan Nielsen Little, Kate E. Lazarus, Cody Gray, Ian Kanig and Nic Marais |
| **TRIAL DATE: 3/5/2018** | **REPORTER(S): JoAnn Bryce and Pamela Batalo** | **CLERK:** Lashanda Scott |

| PLF NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:51 a.m. | | | Court convened. All parties and counsel present. Jurors not present. Discussion re non-appearance of juror number 3 and alternate juror 4. | |
| | | 9:10 a.m. | | | Jurors present except for juror 3 and alternate juror 4. All parties and counsel present. The Court thanked and excused the jurors for the day. | |
| | | 9:13 a.m. | | | All counsel and parties present. Discussion re witnesses, exhibits and pending fee issue. | |
| | | 9:31 a.m. | | | Court adjourned until 2/6/2018 at 9:00 a.m. | |