IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-cr-00462-CRB-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER COMPELLING DISCOVERY OF CERTAIN MATERIALS SUBMITTED PURSUANT TO STIPULATION (DKT. 223) BY NON-PARTY HEWLETT PACKARD** |
| SUSHOVAN TAREQUE HUSSAIN, | |
| Defendant. | |

Having reviewed the documents submitted under seal for <u>in camera</u> review pursuant to stipulation of the parties (dkt. 223), the Court finds that the following materials claimed as privileged attorney-client communications are discoverable because they do not relate to legal advice, and HP is otherwise required to produce the documents pursuant to Court order (<u>see</u> dkt. 255). HP is required to produce them to Defendant forthwith. It need not provide copies to the Court.

| Privilege Log No. | Interviewee | Page No. |
|---|---|---|
| 6 | Leo Apotheker | 22 ¶ 5 |
| 9 | Leo Apotheker | 30 ¶ 6 |
| 10 | Leo Apotheker | 31 ¶ 3 |
| 11 | Leo Apotheker | 31 ¶ 4 |
| 197 | Shane Robison | 47 ¶ 2 |
| 199 | Shane Robison | 54 ¶ 3 |
| 204 | Manish Sarin | 14 ¶ 7 |

**IT IS SO ORDERED.**

Dated: March 5, 2018



CHARLES R. BREYER
United States District Judge