IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUSHOVAN TAREQUE HUSSAIN,<br><br>　　　　　　Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**ORDER COMPELLING PRODUCTION OF CERTAIN MATERIALS BY NON-PARTY HEWLETT PACKARD** |

Having reviewed non-party Hewlett Packard's <u>in camera</u> submission of unredacted versions of materials produced to the Defense (received March 5, 2018), the Court **ORDERS** HP to either produce the following materials to the Defense forthwith, or file further information with the Court regarding its claims of privilege.

- HPE00055836: fn 2 (beginning "Light asked Johnson…")
- HPE00056721: ¶ 2 (beginning "Morland was not represented…")
- HPE00056726: ¶ 3 (beginning "Dube began by asking…")
- HPE00056734: ¶ 3 (beginning "Holliday asked whether…")
- HPE00056738: fn 3
- HPE00055162: numbered ¶ 27 (beginning "He suggested…")
- HPE00056941: ¶ 4 (beginning "In the case of…")
- HPE00056945: ¶ 5 (full paragraph before ¶ beginning "Bob Frankasked…")

**IT IS SO ORDERED.**

Dated: March 6, 2018



CHARLES R. BREYER
United States District Judge