1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   ADAM A. REEVES (NYBN 2363877)
5  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorneys

6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone:  (415) 436-7453
8       Fax:  (415) 436-7234
        adam.reeves@usdoj.gov

9
   Attorneys for United States of America
10
                   UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,              )  Case No. CR 16-00462 CRB
14                                         )
           Plaintiff,                      )  UNITED STATES' THIRD
15                                         )  AMENDED WITNESS LIST
        v.                                 )
16                                         )  Trial Date:  February 26, 2018
   SUSHOVAN TAREQUE HUSSAIN,               )
17                                         )
           Defendant.                      )
18                                         )
                                           )
19

20       United States hereby adds David Lindsell (FRRP), Stephanie Sepahbody (SHI), and

21  Malcolm Hyson (DiscoverTech) to its list of witnesses[1] that may be called during the case-in-

22  chief:

23       1.    Brian Alexander

24       2.    Antonia Anderson*

25       3.    Leo Apotheker*

26       4.    Neil Araujo*

27  _____
        [1] The government has also identified those witnesses more likely to be called during the
28  trial with an asterisk and updated which witnesses those are.

   UNITED STATES' THIRD AMENDED WITNESS LIST,
   CASE NO. CR 16-00462 CRB            1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.    Kevin Asher

6.    John Baiocco*

7.    Varoon Bhaggat

8.    Sean Blanchflower*

9.    Steven Brice*

10.    Edward Bridges

11.    Michael Briest

12.    Alexandra Bryant*

13.    Dominic Camden*

14.    Chris Chan

15.    Frank Cooke

16.    John Cronin*

17.    James Crumbacher

18.    Amit Daryanani*

19.    Christopher Egan*

20.    Tomas Esterrich

21.    Jim Fogo

22.    Al Furman

23.    Darren Gallagher

24.    Thomas Garner*

25.    Marc Geall*

26.    Andy Gersh*

27.    Chris Goodfellow*

28.    Livius Guaio

29.    Dave Haapaoja

30.    Dave Hales

31.    Frank Haran

32.    Brent Hogenson*

1    33.    Malcolm Hyson*

2    34.    Andy Johnson*

3    35.    Brian Kelly

4    36.    Daud Khan*

5    37.    Kenneth Koch

6    38.    Micki Lee

7    39.    David Lindsell*

8    40.    William Loomis*

9    41.    Gerry Louw*

10   42.    Fernando Lucini*

11   43.    Azura Mason

12   44.    Chris Matuszewski

13   45.    Rob McKay

14   46.    Michael Menz

15   47.    Nigel Mercer*

16   48.    Paul Moreland*

17   49.    Tom Murray*

18   50.    Steve Ogden

19   51.    Alex Paul

20   52.    Rahul Puri*

21   53.    Frank Quattrone

22   54.    Alan Rizek*

23   55.    Shane Robison

24   56.    Manish Sarin*

25   57.    Joel Scott*

26   58.    Stephanie Sepabody*

27   59.    Reagan Smith*

28   60.    Jane Snider*

UNITED STATES' THIRD AMENDED WITNESS LIST,
CASE NO. CR 16-00462 CRB                3

1        61.    Matt Stephan*

2        62.    Michael Sullivan*

3        63.    Gary Szukalski

4        64.    David Toms*

5        65.    David Truitt*

6        66.    Steve Truitt*

7        67.    Nigel Upton*

8        68.    Michael Varsally

9        69.    Bill Veghte

10       70.    Roger Wang

11       71.    Cynthia Watkins

12       72.    Lee Welham*

13       73.    Stephen Williams

14       74.    Chris Yelland*

15       75.    Custodians of Records of

16              a.   Barclays

17              b.   Cardinal Bank

18              c.   Capax Discovery LLC

19              d.   Champagne Logistics*

20              e.   Comerica Bank

21              f.   Discover Technologies LLC

22              g.   EMC Corporation*

23              h.   Financial Reporting Council

24              i.   FTI Consulting, LLC

25              j.   Hewlett-Packard Enterprise and current and former affiliates

26              k.   HP Inc.

27              l.   John Marshall Bank

28              m.  M&T Bank

UNITED STATES' THIRD AMENDED WITNESS LIST,
CASE NO. CR 16-00462 CRB                    4

1       n.  Microtechnologies LLC

2       o.  KPMG

3       p.  Thomson Reuters (Markets) LLC

4       q.  West Corporation

5       The government may seek to supplement this list as trial preparations progress, and will

6  notify the defendant and the Court of any changes to its Witness List.

7  Dated:  March 12, 2018                    Respectfully Submitted,

8                             ALEX G. TSE
                                Acting United States Attorney

9

10                         /s/

                             _____

11                         ROBERT S. LEACH
                                ADAM A. REEVES

12                         WILLIAM FRENTZEN
                                Assistant United States Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28