UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jury Trial Criminal Minutes

Date:  March 16, 2018                                    Judge:  Honorable Charles R. Breyer

Court Reporter: Jo Ann Bryce and Pamela Batalo
Time: 5 Hours and 32 Minutes
Case No.: CR16-0462-1 CRB
Case Name: USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: William Frentzen, Robert S. Leach and Adam A. Reeves
Attorney(s) for Defendant(s): John W. Keker, Brook Dooley and Jan Nielsen Little

Deputy Clerk: Lashanda Scott


PROCEEDINGS

Government continued direct-examination of witness - Alan Brian Rizek

Government witness sworn: Chris Goodfellow

Evidence:

Government Exhibits marked and admitted: 350, 351,432, 444, 464, 490, 529, 534, 711, 716, 733, 792, 804, 809, 814, 815, 1299, 1344, 1345, 1378, 1398, 1400, 1402, 1403, 2228, 2790, 2791, 2798, 2799, 2940

Defense Exhibits marked and admitted: 5561, 5562, 5729, 5730, 5731, 5734, 5733, 5753, 5758, 5777, 5768, 5869, 5874, 5875, 5940, 5943, 5944, 5946, 5950, 5961, 5962, 6024, 6086, 6090, 6092

Defense Exhibits marked: 5144, 5142