# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:16-cr-00462-CRB-1
Case Name: <u>USAv. Sushovan Tareque Hussain</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE:<br>Charles R. Breyer | PLAINTIFF ATTORNEY:<br>William Frentzen, Robert S. Leach and Adam A. Reeves | DEFENSE ATTORNEY:<br>John W. Keker, Brook Dooley and Jan Nielsen Little, Kate E. Lazarus, Cody Gray, Ian Kanig and Nic Marais |
|---|---|---|
| **TRIAL DATE:** 3/19/2018 | **REPORTER(S):** Jo Ann Bryce and Pamela Batalo | **CLERK:** Lashanda Scott |

| PLF NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:27 a.m. | | | Court Reporter - Pamela Batalo. All parties and counsel present. Jurors not present. Discussion re witness - Christopher Egan and demonstrative exhibit 2797. | |
| | | 9:41 a.m. | | | All jurors present. All parties and counsel present. Government's witness sworn - Rahul Puri | |
| 2937 | | | X | X | Government exhibit 2937 - marked and admitted | |
| 2935 | | | X | X | Government exhibit 2935 - marked and admitted | |
| 2556 | | | X | X | Government exhibit 2556 - Second Amendment to the End User Software License Agreement | |
| 1730 | | | X | | Government exhibit 1730 - previously marked and admitted | |
| | | 10:08 a.m. | | | Defense cross-examination of witness - Rahul Puri | |
| | 6015 | | X | X | Defense exhibit 6015 - Product Schedule re Exhibit A to the End User Software Licence Agreement | |
| 2937 | | | X | | Government exhibit 2937 - previously marked and admitted | |
| | 6016 | | X | X | Defense exhibit 6016 - Email from MurrayJ to PuriR RE: Hosting Proposal and Patents | |
| 2938 | | | X | X | Government exhibit 2938 - marked and admitted | |
| 2556 | | | X | | Government exhibit 2556 - previously marked and admitted | |
| | | 10:26 a.m. | | | Government re-direct of witness - Ruhul Puri | |
| | 6015 | | X | | Defense exhibit 6015 - previously marked and admitted | |
| 2938 | | | X | | Government exhibit 2938 - previously marked and admitted | |
| 1729 | | | X | X | Government exhibit 1729 - Email from EtcheverryA to GoodfellowC, MurrayJ et al re"Prisa Hosting" | |
| | | 10:36 a.m. | | | Witness excused. Court in recess | |
| | | 10:51 a.m. | | | Court Reporter - Jo Ann Bryce. Government witness sworn - Neil Araujo | |
| 1319 | | | X | X | Government document exhibit 1319 - E-mail from Sushovan Hussain to Neil Araujo, dated December 23, 2010 regarding "tikit" | |

**TRIAL SHEET, EXHIBIT and WITNESS LIST**
**CR16-0462 CRB**
**USA v. Sushovan Tareque Hussain**

| TRIAL DATE: 3/19/2018 | REPORTER(S): Jo Ann Bryce and Pamela Batalo | CLERK: Lashanda Scott |
|---|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Court Reporter - Jo Ann Bryce | |
| 1326 | | | X | X | Government exhibit 1326 - Email from HussainS to DolanJ & AraujoN, Cc to ChamberlainS re "kpmg" | |
| 1329 | | | X | X | Government exhibit 1329 - E-mail from Sushovan Hussain to Julie D, AndrewK and Jon.Coy and cc'd to Neil Araujo, dated December 29, 2010 regarding "Tikit and kpmg" | |
| 1392 | | | X | X | Government exhibit 1392 - Purchase order from Tikit to Autonomy | |
| 1361 | | | X | X | Government exhibit 1361 - marked and admitted | |
| 1560 | | | X | X | Government exhibit 1560 - E-mail from Sushovan Hussain to Neil Araujo and Wayne Harris, dated February 22, 2011 regarding "I am in NYC this week" | |
| 1800 | | | X | X | Government exhibit 1800 - Email from DolanJ to ChamberlainS, Cc to AraujoN & HussainS re "RE: Tikit" | |
| 1329 | | | X | | Government exhibit 1329 - previously marked and admitted | |
| | 5018 | | X | | Defense exhibit 5018 - marked - Interview of Araujo | |
| | | 12:03 p.m. | | | Court in recess until 1:00 p.m. | |
| | | 12:57 p.m. | | | Court Reporter - Pamela Batalo. All parties and counsel present. Preliminary matters discussed. | |
| | | 1:04 p.m. | | | All jurors present. All parties and counsel present. Defense continued cross-examination of witness - Neil Araujo | |
| 1392 | | | X | | Government exhibit 1392 - previously marked and admitted | |
| | 5966 | | X | X | Defense exhibit 5966 - Email from LumsdenD to AraujoN Extracts | |
| 1391 | | | X | | Defendant exhibit 1391 - previously marked and admitted | |
| | 5018 | | X | | Defendant exhibit 5018 - marked | |
| 1329 | | | X | | Government exhibit 1329 - previously marked and admitted | |
| | 5968 | | X | X | Defense exhibit 5968 - Email from ChamberlainS to AraujoN RE: Tikit | |
| | 5969 | | X | X | Defense exhibit 5969 - Email from ChamberlainS to KentM, AraujoN RE: Meeting | |
| 1800 | | | X | | Government exhibit 1800 - previously marked and admitted | |
| | 5970 | | X | X | Defense exhibit 5970 - Email from ChamberlainS to AraujoN RE: our call | |
| | | 1:29 p.m. | | | Government re-direct of witness - Neil Araujo | |
| 1329 | | | X | | Government exhibit 1329 - previously marked and admitted | |

2

## TRIAL SHEET, EXHIBIT and WITNESS LIST
## CR16-0462 CRB
## USA v. Sushovan Tareque Hussain

| TRIAL DATE: 3/19/2018 | REPORTER(S): Jo Ann Bryce and Pamela Batalo | CLERK: Lashanda Scott |
|---|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Court Reporter - Pamela Batalo | |
| | 5969 | | X | | Defense exhibit 5969 - previously marked and admitted | |
| | | 1:40 p.m. | | | Witness excused. Government witness sworn - Christopher Riley Egan | |
| 2944 | | | X | X | Government exhibit 2944 - admitted as agreed as redacted/marked and admitted (page 1, page 8 - displayed) | |
| 2933 | | demonstrative | X | X | Government exhibit 2933 - marked and admitted | |
| 2934 | | demonstrative | X | X | Government exhibit 2934 - marked and admitted (edit required) | |
| 2600 | | | X | X | Government exhibit 2600 - Autonomy Org Charts (page 1 displayed) | |
| 2930 | | | X | X | Government exhibit 2930 - marked and admitted | |
| | | 2:25 p.m. | | | Jurors excused until 2:45 p.m. | |
| | | 2:29 p.m. | | | Discussion with counsel re exhibits 2600 and 2933. Court in recess until 2:45 p.m. | |
| | | 2:48 p.m. | | | Court Reporter - Jo Ann Bryce. All jurors present. All parties and counsel present. Government continued direct-examination of witness - Christopher Egan. | |
| 2945 | | demonstrative | X | X | Government exhibit 2945 - marked and admitted | |
| 2946 | | | X | X | Government exhibit 2946 - marked and admitted | |
| 2797 | | demonstrative | X | X | Government exhibit 2797 -demonstrative (edit required - page 1, 2 displayed) | |
| 12 | | withdrawn | | | Government exhibit 12 - withdrawn | |
| | | 3:52 p.m. | | | Jurors excused until 3/20/2018 at 9:00 a.m. All parties and counsel present. Discussion re charts/exhibits. | |
| | | 3:57 p.m. | | | Court adjourned until 3/20/2018 at 9:00 a.m. | |

3