UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jury Trial Criminal Minutes

Date: April 17, 2018                 Judge:  Honorable Charles R. Breyer

Court Reporter: Jo Ann Bryce and Pamela Batalo
Time: 6 Hours and 45 Minutes
Case No.: CR16-0462-1 CRB
Case Name: USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: William Frentzen, Robert S. Leach and Adam A. Reeves
Attorney(s) for Defendant(s): John W. Keker, Brook Dooley and Jan Nielsen Little

Deputy Clerk: Lashanda Scott


PROCEEDINGS:

Examination of witness: Christopher Yelland

Government witnesses sworn: David Ian Toms, Alexandra Elizabeth Bryant

Evidence:

Government Exhibits marked and admitted: 62, 63, 121, 349, 425, 463, 495, 496, 500, 731, 732, 736, 774, 778, 1301, 1373, 2732, 2788, 3040, 3056, 3063, 3064

Government Exhibits marked: 776, 2633, 2645, 2749 (demonstrative)

Defense Exhibits marked and admitted: 6644, 6794, 6799, 6800, 6902, 6903, 6914, 6935, 6937, 6938, 6940, 6947, 6952 (redaction of yellow comments), 8236, 8237

Defense Exhibits marked: 5276, 6781