UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jury Trial Criminal Minutes

Date: April 18, 2018	Judge:  Honorable Charles R. Breyer

Court Reporter: Jo Ann Bryce and Pamela Batalo
Time: 5 Hours and 30 Minutes
Case No.: CR16-0462-1 CRB
Case Name: USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: William Frentzen, Robert S. Leach and Adam A. Reeves
Attorney(s) for Defendant(s): John W. Keker, Brook Dooley and Jan Nielsen Little

Deputy Clerk: Lashanda Scott


PROCEEDINGS:

Government witnesses sworn: Michael Menz

Examination of witness: Alexandra Elizabeth Bryant

Government rest.  Defense Rule 29 Motion.

Defense witness sworn: Catherine Ann Lesjak

Evidence:

Government Exhibits marked and admitted: 24, 79, 86, 211, 213, 214, 217, 281, 462, 492, 497, 498, 499, 516, 554, 651, 691, 709, 725, 737, 757, 884, 1281, 1432, 1588, 1848, 2030, 2052, 2055, 2066, 2067, 2101, 2102, 2104, 2127, 2144, 2625, 2787, 2788, 2984, 3026, 3049, 3050, 3051, 3052, 3053, 3054, 3070, 3071

Defense Exhibits marked and admitted: 5685 (a,b), 6528, 6579, 6587, 6773, 6777, 6779, 6780, 8201, 8204, 8205, 8271, 8272, 8273

Defense Exhibits marked: 5741, 5742, 5744, 6517, 8214