# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Jury Trial Criminal Minutes

Date: April 23, 2018                       Judge:  Honorable Charles R. Breyer

Court Reporter: Jo Ann Bryce and Pamela Batalo
Time: 6 Hours
Case No.: CR16-0462-1 CRB
Case Name: USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: William Frentzen, Robert S. Leach and Adam A. Reeves
Attorney(s) for Defendant(s): John W. Keker, Brook Dooley and Jan Nielsen Little

Deputy Clerk: Lashanda Scott


## PROCEEDINGS:

Defense rests.  Court instructs the jurors.  Government closings.  Defense closings.  Court adjourned until April 24, 2018 at 9:00 a.m.

Government exhibit marked and admitted: 2687

Defense exhibit marked and admitted: 6990