UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jury Trial Criminal Minutes

Date: April 24, 2018            Judge:  Honorable Charles R. Breyer

Court Reporter: Jo Ann Bryce and Pamela Batalo
Time: 3 Hours
Case No.: CR16-0462-1 CRB
Case Name: USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: William Frentzen, Robert S. Leach and Adam A. Reeves
Attorney(s) for Defendant(s): John W. Keker, Brook Dooley and Jan Nielsen Little

Deputy Clerk: Lashanda Scott

PROCEEDINGS:

Defense closings.  Government rebuttal closings.  Alternate Jurors thanked and excused.  Juror Number 10 thanked and excused and replaced with Alternate Juror Number 1.  Jurors begin deliberations.  Jury Notes 1 and 2.