UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>CHARLES R. BREYER</u>           Case No. 3:16-cr-00462-CRB-1

CASE NAME: <u>USA v. Hussain</u>

## NOTE FROM THE JURY

Note No. __4__

Date __4/25/18__

Time __12:30 pm__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Can We Listen To A Reading of Mr. Sarin's Testimony From 4/2/2018

   __Todd__
   Foreperson of the Jury