UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER         Case No. 3:16-cr-00462-CRB-1

CASE NAME: USA v. Hussain

NOTE FROM THE JURY

Note No. __5__

Date __4/25/2018__

Time __2:40 p.m.__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   ~~We Would b~~ Can We Listen To Mr Sarin's Testimony Related To His Participation In Due Dilligence Calls Beginning August 1st – August 4th

   __Todd__
   Foreperson of the Jury