# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jury Trial Criminal Minutes

Date: April 30, 2018          Judge:  Honorable Charles R. Breyer

Court Reporter: Jo Ann Bryce
Time: 25 Minutes
Case No.: CR16-0462-1 CRB
Case Name: USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: William Frentzen, Robert S. Leach and Adam A. Reeves
Attorney(s) for Defendant(s): John W. Keker, Brook Dooley and Jan Nielsen Little

Deputy Clerk: Lashanda Scott

PROCEEDINGS:

Jury Note 6. The jury reached a unanimous verdict - guilty on all counts.  Refer to verdict for specifics.  Status Conference/Set Sentencing Hearing/Motion for New Trial Setting set for Friday, May 4, 2018 at 11:00 a.m.