FILED

APR 30 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUSHOVAN TAREQUE HUSSAIN,<br>Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**VERDICT FORM** |

We, the jury in the above-entitled case, unanimously find the defendant, Sushovan Tareque Hussain:

1. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Conspiracy to Commit Wire Fraud, as set forth in Count One of the Indictment.

2. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Two of the Indictment, as to an email from J.S. in the Northern District of California to S.C. on or about 1/26/2011 regarding "FW: autn_boa."

3. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Three of the Indictment, as to a press release titled "Autonomy Corporation plc Announces Results for the Year Ended December 31, 2010," distributed from Cambridge, England, to the Northern District of California on or about February 1, 2011.

4. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Four of the Indictment, as to a video conference involving participants in Palo Alto, California, and the United Kingdom on or about February 3, 2011.

5. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Five of the Indictment, as to a video conference involving participants

in Palo Alto, California, and the United Kingdom on or about March 4, 2011.

  6. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Six of the Indictment, as to an email from M.H. to S.E. in the Northern District of California dated April 4, 2011 regarding "Prisa VAR."

  7. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Seven of the Indictment, as to a press release titled "Autonomy Corporation plc Trading Update for the Quarter Ended March 31, 2011," distributed from the United Kingdom to the Northern District of California on or about April 21, 2011.

  8. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Eight of the Indictment, as to a press release titled "Autonomy Corporation plc Announces Interim Results for the Six Months Ended June 30, 2011," distributed from the United Kingdom to the Northern District of California on or about July 27, 2011.

  9. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Nine of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 1, 2011.

  10. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Ten of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 2, 2011.

  11. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Eleven of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 3, 2011.

  12. __GUILTY__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Twelve of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 4, 2011.

13. __Guilty__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Thirteen of the Indictment, as to an email from A.H. in the United Kingdom to F.M. and others in the Northern District of California regarding "Project Daniel 1Room" attaching "Data Room Updates 509381013.4DOC" on or about August 4, 2011.

14. __Guilty__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Fourteen of the Indictment, as to an email from A.K. to M.S. and others in the Northern District of California regarding "RE: Tesla: Updated Legal DD Questions" on or about August 4, 2011.

15. __Guilty__ (GUILTY/NOT GUILTY) of the charge of Wire Fraud, as set forth in Count Fifteen of the Indictment, as to an emailed letter from Capita Registrars in the United Kingdom to M.S. and A.J. in the Northern District of California, requesting payments of £5,445,493,678.35 and £24,065,825.50.

16. __Guilty__ (GUILTY/NOT GUILTY) of the charge of Securities Fraud, as set forth in Count Sixteen of the Indictment.

DATED: __4/30/18__

_____
FOREPERSON