| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>JOHN W. KEKER - # 49092<br>jkeker@keker.com<br>JAN NIELSEN LITTLE - # 100029<br>jlittle@keker.com<br>BROOK DOOLEY - # 230423<br>bdooley@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Defendant<br>SUSHOVAN HUSSAIN | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney<br><br>BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division<br><br>ROBERT S. LEACH (CABN 196191)<br>ADAM A. REEVES (NYBN 2363877)<br>WILLIAM FRENTZEN (LABN 24421)<br>Assistant United States Attorneys<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7453<br>Fax: (415) 436-7234<br>robert.leach@usdoj.gov<br><br>Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>SUSHOVAN HUSSAIN,<br><br>         Defendant. | Case No. 3:16-cr-00462-CRB<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER**<br><br>Judge:        Hon. Charles R. Breyer<br><br>Date Filed:  November 10, 2016<br><br>Trial Date:  February 26, 2018 |

WHEREAS

1. Sentencing in this matter is currently scheduled for August 24, 2018 at 1:30 p.m.;

2. Counsel for the Government and Mr. Hussain have conferred and agree that they would like to continue the sentencing until October 24, 2018 at 10:00 a.m.; and

3. Mr. Hussain consents to and agrees with this continuance;

THEREFORE the parties stipulate and agree that the Sentencing in this matter should be continued to **October 24, 2018 at 10:00 am**, or to such other date and time as the Court may order.

SO STIPULATED.

KEKER, VAN NEST & PETERS LLP

Dated: July 18, 2018          By:   */s/ John W. Keker*
                                    JOHN W. KEKER
                                    JAN NIELSEN LITTLE
                                    BROOK DOOLEY

                                    Attorneys for Defendant
                                    SUSHOVAN HUSSAIN


                                    UNITED STATES OF AMERICA

Dated: July 18, 2018          By:   */s/ Adam A. Reeves*
                                    ROBERT S. LEACH
                                    ADAM A. REEVES
                                    WILLIAM FRENTZEN
                                    Assistant United States Attorneys

                                    Attorneys for United States of America

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, John W. Keker, am the ECF user whose ID and password are being used to file this JOINT STIPULATION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ John W. Keker*
JOHN W. KEKER

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: _____        _____
HONORABLE CHARLES R. BREYER
United States District Judge