STEVEN M. SCHATZ, State Bar No. 118356
KATHERINE HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
khenderson@wsgr.com

*Attorneys for Non-Party
Cathie Lesjak*

FILED

MAR 26 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUSHOVAN HUSSAIN, <br><br> Defendant. | CASE NO.: 3:16-cr-00462-CRB <br><br> *Amended* STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON NON-PARTY CATHIE LESJAK'S MOTION TO QUASH SUBPOENA [Crim. L.R. 47-4, Civil L.R. 6-2] <br><br> Judge: Hon. Charles R. Breyer <br><br> Date Filed: November 10, 2016 |

RECEIVED MAR 25 2019

FILED

MAR 29 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Non-party Cathie Lesjak, Plaintiff United States of America, and Defendant Sushovan Hussain (collectively, the "Parties"), acting by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 19, 2019, Defendant Sushovan Hussain ("Defendant") indicated he would serve a subpoena on Cathie Lesjak requiring her testimony at the Sentencing Guideline Hearing set for April 8, 2019 at 10:00 a.m. in this Court; and, on March 21, 2019, Ms. Lesjak indicated she would accept service of such a subpoena even though she intended to move to quash it;

WHEREAS, Ms. Lesjak has notified the parties of her intent to move to quash the subpoena on March 21, 2019, and is filing said Motion to Quash on March 22, 2019 (ECF No. forthcoming);

WHEREAS, pursuant to Crim. L.R. 47-2, motions must be noticed for hearing not less than 14 days after service of the motion;

WHEREAS, pursuant to Crim. L.R. 47-2, the earliest day this Court could hear Ms. Lesjak's Motion to Quash would be April 5, only three days prior to the Sentencing Guideline Hearing at which Ms. Lesjak would be required to testify;

WHEREAS, for the reasons stated in Ms. Lesjak's Motion to Quash and accompanying Declaration of Steven M. Schatz, Ms. Lesjak and her attorney would not be available on April 5 for such a hearing on her Motion to Quash;

WHEREAS, Ms. Lesjak's counsel has conferred with counsel for Defendant and the Government and confirmed that they do not oppose hearing Ms. Lesjak's Motion to Quash on shortened time on March 27, 2019; and

WHEREAS, Ms. Lesjak's counsel, Defendant's counsel, and the Government's counsel have confirmed they are available for a hearing on the Motion to Quash on March 27, 2019;

NOW, THEREFORE, counsel for the United States, Mr. Hussain, and Ms. Lesjak hereby agree, subject to the Court's approval, that:

(1) The Court will hear Ms. Lesjak's Motion to Quash on March 27, 2019, at 1:30 pm, or as soon as possible thereafter.

(2) Oppositions, if any, to the Motion to Quash are due on or before March 25, 2019.

(3) Ms. Lesjak's reply, if any, in support of her Motion to Quash is due on or before March 26, 2019.

Respectfully submitted.

DATED: March 22, 2019

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

/s/ Steven M. Schatz
STEVEN M. SCHATZ
KATHERINE HENDERSON

*Attorneys for Non-Party Cathie Lesjak*

DATED: March 22, 2019

KEKER, VAN NEST & PETERS LLP

John Keker /with consent/ Sm/
JOHN W. KEKER
JAN NIELSEN LITTLE
BROOK DOOLEY

*Attorneys for Defendant*
SUSHOVAN HUSSAIN

DATED: March 22, 2019

UNITED STATES OF AMERICA

William Frentzen with consent/
ROBERT S. LEACH
ADAM A. REEVES
WILLIAM FRENTZEN
Assistant United States Attorneys

Attorneys for United States of America

[~~PROPOSED~~] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. The Court will hear Ms. Lesjak's Motion to Quash on ~~March 27, 2019~~ *April 3, 2019*, at 1:30 pm, or as soon as possible thereafter.

2. Oppositions, if any, to the Motion to Quash are due on or before ~~March 25,~~ *March 26,* 2019.

3. Ms. Lesjak's reply, if any, in support of her Motion to Quash is due on or before ~~March 26, 2019~~ *March 27, 2019*.

**IT IS SO ORDERED.**

DATED: *March 26, 2019*

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE