IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>    v.<br>SUSHOVAN TAREQUE HUSSAIN,<br>    Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**ORDER ON APPLICATION OF SENTENCING GUIDELINES** |

On April 30, 2018, the jury returned a guilty verdict against Defendant Sushovan Tareque Hussain. Jury Verdict (Dkt. 394). Sentencing is set for May 13, 2019. In anticipation of that sentencing, this opinion briefly addresses the application of the United States Sentencing Guidelines to Hussain's sentencing. An order explaining the Court's reasons is forthcoming.

The Court concludes as follows:

The Criminal History Category is I. See U.S.S.G. § 2B1.1 cmt. (statutory provisions); see also Presentence Investigation Report ¶ 66 (Dkt. 427).

The Base Offense Level is 7. See U.S.S.G. § 2B1.1(a)(1); see also Presentence Investigation Report ¶ 51.

There is a +2-level increase because a substantial part of the fraud was committed from outside the United States. See U.S.S.G. § 2B1.1(b)(10)(B); Presentence Investigation Report ¶ 53.

There is a +2-level enhancement for the use of a special skill. See U.S.S.G. § 3B1.3; Presentence Investigation Report ¶ 55.

There is a +18-level enhancement for the gain that resulted from the offense. See

U.S.S.G. § 2B1.1(b)(1)(J); see also id. cmt. n.3(B).

Thus, the Total Offense Level is 29. Combined with the Criminal History Category of I, this yields a Guidelines range of 87-108 months of imprisonment.

**IT IS SO ORDERED.**

Dated: April 11, 2019



CHARLES R. BREYER
United States District Judge