DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SUSHOVAN TAREQUE HUSSAIN,<br><br>    Defendant. | Case No. CR 16-462 CRB<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Sentencing Date: May 13, 2019, 10 a.m. |

**STIPULATION**

WHEREAS, this matter is scheduled for sentencing on May 13, 2019, at 10 a.m.;

WHEREAS, under the Local Rules, sentencing memoranda are due May 6, 2019, and any responses are due May 9, 2019;

WHEREAS, the parties have conferred and, subject to the Court's approval, respectfully request that these deadlines be modified as follows:

- May 1, 2019:  Sentencing memoranda due
- May 8, 2019:  Responses, if any, due;

THEREFORE, counsel for the government and counsel for the defendant stipulate and agree that the schedule set forth in the Local Rules shall be modified as described above, and respectfully request enter an order to that effect.

IT IS SO STIPULATED.

Dated: April 10, 2019　　　　　　　　　　　Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

_____
ROBERT S. LEACH
ADAM A. REEVES
WILLIAM FRENTZEN
Assistant United States Attorneys

DATED: April 10, 2019　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

_____
JOHN W. KEKER, ESQ.
JAN NIELSEN LITTLE, ESQ.
BROOK DOOLEY, ESQ.
Attorneys for SUSHOVAN HUSSAIN

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 12, 2019

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE