# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  May 13, 2019                                                        Judge:  Honorable Charles R. Breyer

Court Reporter: JoAnn Bryce
Time: 2 Hours
Case No.:  CR16-0462-1 CRB
Case Name:  USA v. Sushovan Tareque Hussain (Present)(NC)

Attorney(s) for Government: Robert Leach, William Frentzen, Adam Reeves and David Countryman

Attorney(s) for Defendant(s): John Keker, Jan Nielsen Little, Brooke Dooley and Alexandra A.E. Shapiro

Interpreter: N/A
Probation Officer: Catheryn Grier

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons for a term of 60 months. This term consists of terms of 60 months on Counts 1 through 16, all counts to be served concurrently.  The defendant placed on supervised release for a term of 3 years This term consists of 3 years on Counts 1 through 16, all such terms to run concurrently under the usual terms and conditions and the special conditions. Defendant shall pay a special assessment of $1,600.00.  The defendant shall pay a fine of Four Million Dollars.  The defendant shall forfeit Six Million One Hundred Thousand Dollars.  Refer to Judgment for additional information.  The defendant shall self-surrender to the designated facility on or before June 15, 2019. Defendant's Motion for Bail pending appeal – Motion Denied.  The Court allowed, Alexandra A.E. Shapiro to appear pro hac vice.