SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro (admitted *pro hac vice*)
500 Fifth Avenue
Floor 40
New York, NY 10110
Telephone: (212) 257-4881
Facsimilie: (212) 202-6417

Attorney for Defendant SUSHOVAN HUSSAIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:16-cr-00462-CRB |
| vs. | **NOTICE OF APPEARANCE OF ALEXANDRA A.E. SHAPIRO** |
| SUSHOVAN HUSSAIN | Date Filed: May 13, 2019 |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alexandra A.E. Shapiro of Shapiro Arato Bach LLP hereby appears as counsel for Defendant Sushovan Hussain in the above-captioned matter. She is admitted to practice in the State of New York, and was orally admitted *pro hac vice* by this Court on May 13, 2019. Her address, telephone, and facsimile numbers are as follows:

> SHAPIRO ARATO BACH LLP
> Alexandra A.E. Shapiro
> 500 Fifth Avenue
> Floor 40
> New York, NY 10110
> Telephone: (212) 257-4881
> Facsimile: (212) 202-6417
> Email: ashapiro@shapiroarato.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Date: May 13, 2019

SHAPIRO ARATO BACH LLP

By: /s/ Alexandra A.E. Shapiro
ALEXANDRA A.E. SHAPIRO

Attorney for Defendant
SUSHOVAN HUSSAIN