IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUSHOVAN HUSSAIN,<br>Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**BOND ORDER** |

In light of the Ninth Circuit's limited remand to this Court, this Court "may establish appropriate terms to ensure that the government's ability to collect the forfeiture is not prejudiced by" the Ninth Circuit's stay. United States v. Hussain, No. 19-10168 (Dkt. 6). The Court hereby orders that Hussain deposit a bond of $6,100,000 for the forfeiture into the registry of the Court on or before July 10, 2019. The Court further observes that Hussain did not include in his Motion to the Ninth Circuit a request to stay his fine, see United States v. Hussain, No. 19-10168 (Dkt. 2). This Court retains jurisdiction to require Hussain to post a bond on that fine. See Fed R. Crim. P. 38(c)(2); cf. Stein v. Wood, 127 F.3d 1187, 1189 (9th Cir. 1997) ("A district court may retain jurisdiction when it has a duty to supervise the status quo during the pendency of an appeal . . . or in aid of execution of a judgment that has not been superseded." (internal citation omitted)). The Court therefore further orders that Hussain deposit an additional bond of $4,000,000 for the fine into the registry of the Court on or before July 22, 2019. These bonds are to be deposited into the Court's registry pending the appeal or further order of the Court.

**IT IS SO ORDERED.**

Dated: July 2, 2019



CHARLES R. BREYER
United States District Judge