KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSHOVAN HUSSAIN,<br><br>Defendant. | Case No. 3:16-cr-00462-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND PARAGRAPH 85 OF DEFENDANT SUSHOVAN HUSSAIN'S PRESENTENCE INVESTIGATIVE REPORT WITH UPDATED FINANCIAL INFORMATION**<br><br>Judge:     Hon. Charles R. Breyer |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND PARAGRAPH 85 OF
DEFENDANT SUSHOVAN HUSSAIN'S PRESENTENCE INVESTIGATIVE REPORT WITH UPDATED
FINANCIAL INFORMATION
Case No. 3:16-cr-00462-CRB

1336262

1    The Court, having fully considered the papers and arguments presented by the parties, hereby **GRANTS** Defendant Sushovan Hussain's Motion to Amend Paragraph 85 of Defendant Sushovan Hussain's Presentence Investigative Report with Updated Financial Information (the "Motion").  Accordingly, Exhibit B to the Motion shall be included as an addendum to the PSR, *see* Dkt. 427, and shall be included when the PSR is transmitted to the Bureau of Prisons.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND PARAGRAPH 85 OF DEFENDANT SUSHOVAN HUSSAIN'S PRESENTENCE INVESTIGATIVE REPORT WITH UPDATED FINANCIAL INFORMATION
Case No. 3:16-cr-00462-CRB

1336262