IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SUSHOVAN HUSSAIN,<br>　　　　Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**SECOND UPDATED BOND ORDER** |

The Court hereby orders that the deadline for Defendant Sushovan Hussain to post bond, in compliance with this Court's Corrected Bond Order (Dkt. 584), is hereby extended from August 1, 2019, to August 5, 2019, as to both Hussain's forfeiture and fine.

**IT IS SO ORDERED.**

Dated: July 19, 2019



CHARLES R. BREYER
United States District Judge