IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSHOVAN HUSSAIN,<br><br>　　　　　Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**ORDER VACATING CORRECTED BOND ORDER AND SECOND UPDATED BOND ORDER** |

For the reasons stated at the hearing on this matter today, August 2, 2019, and in light of the further proceedings set on this matter, see Minute Entry, Aug. 2, 2019 (Dkt. 598), this Court hereby VACATES the Corrected Bond Order (Dkt. 584) issued on July 2, 2019, and the Second Updated Bond Order (Dkt. 594), issued on July 19, 2019.

**IT IS SO ORDERED.**

Dated: August 2, 2019

_____
CHARLES R. BREYER
United States District Judge